**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HAROLD HENDERSON, ADC #85533                                                                          PLAINTIFF

v.                                          NO. 5:11CV00078 JLH-JJV

DAVID BREWER, Correction Board Chairman,
ARKANSAS DEPARTMENT OF CORRECTION, *et al*.                                      DEFENDANTS

## ORDER

Harold Henderson has filed a motion for extension of time within which to file objections to the recommended disposition submitted by United States Magistrate Judge Joe J. Volpe on June 30, 2011. The motion is GRANTED. Document #11. The time within which Henderson must submit his objections is extended up to and including August 26, 2011.

IT IS SO ORDERED this 25th day of July, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE