## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

HAROLD HENDERSON,                                                    PLAINTIFF
ADC #85533

v.                              No. 5:11CV00078 JLH-JJV

DAVID BREWER, Correction
Board Chairman, Arkansas Department
of Correction; *et al*.                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully considering

the objections and making a *de novo* review of the record, the Court concludes that the Proposed

Findings and Recommended Disposition should be, and hereby are, approved and adopted in their

entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc.

No. 1) is DENIED.

2.      Plaintiff's Complaint is DISMISSED without prejudice.

3,      Should Plaintiff wish to continue this case, he is required to submit the statutory filing

fee of $350.00 to the Clerk, noting the above case style and number within ten (10) days of the date

of this Order, together with a motion to reopen the case.  Upon receipt of the motion and full

payment, the case will be reopened.

DATED this 9th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE