**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HAROLD HENDERSON,                                                                                         PLAINTIFF
ADC #85533

v.                                              No. 5:11CV00078 JLH-JJV

DAVID BREWER, Correction
Board Chairman, Arkansas Department
of Correction; *et al*.                                                                                    DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

DATED this 9th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE